Orlando HAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69278.

Missouri Court of Appeals,
Western District.

Nov. 12, 2008.

Ruth Sanders, Esq., Kansas City, MO, for appellant.

Karen L. Kramer, Esq., Jefferson City, MO, for respondent.

Before Division Two: DANDURAND, P.J., LOWENSTEIN and SMART, JJ.

### Order

PER CURIAM.

Orlando D. Hayes appeals from the denial of his motion for post-conviction relief, pursuant to Rule 24.035. Hayes contends that his plea of guilty to one count of second degree domestic assault was not knowing and voluntary in that the court failed to establish a sufficient factual basis for the plea. Upon a review of the record, this court finds that the motion court did not err in finding the court established an adequate factual basis for the plea. Judgment affirmed. Rule 84.16(b).

Cheyenne SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68815.

Missouri Court of Appeals,
Western District.

Nov. 12, 2008.

S. Kathleen Webber, Esq., Kansas City, MO., for appellant.

Shaun Mackelprang, Esq. and Jayne T. Woods, Esq., Jefferson City, MO., for respondent.

Before JOSEPH ELLIS, P.J., RONALD HOLLIGER and JOSEPH DANDURAND, JJ.

### ORDER

PER CURIAM.

Cheyenne Smith appeals the judgment of the trial court denying his Supreme Court Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).